

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.



08cv0029
JUDGE ANDERSEN
MAG. JUDGE KEYS

In the Matter of

Milwaukee Mutual Insurance Company, n/k/a Milwaukee Insurance Company v. Architectural Sealants, Inc., F.H. Paschen, S.N. Nielsen, Inc. and Board of Trustees of William Rainey Harper Collete No. 512 and Illinois Capital Development Board

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Milwaukee Mutual Insurance Company, n/k/a Milwaukee Insurance Company

FILED
JAN - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Neal R. Novak |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Neal R. Novak |

| FIRM |
| --- |
| Law Offices of Neal R. Novak Ltd. |

| STREET ADDRESS |
| --- |
| 33 N. LaSalle St., Suite 1900, Chicago, IL |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06181620 | (312) 425-2500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐