

FILED
JAN - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

MILWAUKEE MUTUAL INSURANCE, COMPANY, n/k/a MILWAUKEE INSURANCE COMPANY,

Plaintiff,

v.

ARCHITECTURAL SEALANTS, INC., F.H. PASCHEN, S.N. NIELSEN, INC. and BOARD OF TRUSTEES OF WILLIAM RAINEY HARPER COLLEGE NO. 512, and ILLINOIS CAPITAL DEVELOPMENT BOARD, for the use and benefit of BOARD OF TRUSTEES OF WILLIAM RAINEY HARPER COLLEGE NO. 512

Defendants.

Case No.
08cv0029
JUDGE ANDERSEN
MAG.JUDGE KEYS

**CORPORATE DISCLOSURE STATEMENT OF**
**MILWAUKEE MUTUAL INSURANCE COMPANY**

Milwaukee Mutual Insurance Company, n/k/a Milwaukee Insurance Company ("Milwaukee") makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2: Milwaukee is a wholly owned subsidiary of Mutual Insurers Holding Company of Brookfield, Wisconsin, a mutual holding company organized under the laws of the State of Wisconsin with its principal executive offices and place of business in Brookfield, Wisconsin. No publicly held company owns 10% or more of Milwaukee's stock.

Dated: January 2, 2008

MILWAUKEE MUTUAL INSURANCE COMPANY
n/k/a MILWAUKEE INSURANCE COMPANY

By: [signature]
One of Its Attorneys

**LAW OFFICES OF NEAL R. NOVAK, LTD.**
Neal R. Novak, Esq. (#06181620)
Matthew R. Wildermuth (#06202106)
Karen Andersen Moran, Esq. (#06224382)
Mary C. Clifford, Esq. (#06281193)
33 N. LaSalle Street, Suite 1900
Chicago, Illinois 60602
(312) 425-2500 Telephone
(312) 425-2525 Facsimile