IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MILWAUKEE MUTUAL INSURANCE COMPANY, n/k/a MILWAUKEE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>vs.<br><br>ARCHITECTURAL SEALANTS, INC., F.H. PASCHEN, S.N. NIELSEN, INC., and BOARD OF TRUSTEES OF WILLIAM RAINEY HARPER COLLEGE NO. 512, and ILLINOIS CAPITAL DEVELOPMENT BOARD, for the use of and benefit of BOARD OF TRUSTEES OF WILLIAM RAINEY HARPER COLLEGE NO. 512,<br><br>              Defendants. | No. 08 CV 0029<br><br>Judge Andersen<br>Magistrate Judge Keys |

## NOTICE OF FILING

TO:    Neal R. Novak, Esq.
Matthew R. Wildermuth, Esq.
Karen Andersen Moran, Esq.
Mary C. Clifford, Esq.
Law Offices of Neal R. Novak, Ltd.
33 North LaSalle Street, Suite 1900
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on this 28th day of February, 2008, we filed with the Clerk of the United States District Court For the Northern District of Illinois, Eastern Division, **Architectural Sealants, Inc.'s Appearance and Answer to Complaint for Declaratory Relief,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| BRENNER, FORD, MONROE & SCOTT, LTD.<br>33 North Dearborn Street, Suite 300<br>Chicago, Illinois 60602 | Attorneys for Architectural Sealants, Inc.<br>Firm ID 38007<br>Ph: (312) 781-1970 |

## CERTIFICATE OF SERVICE

    I, Amy L. Anderson, an attorney, state under oath that service of the foregoing documents was accomplished pursuant to ECF as to Filing Users, and that additional copies of said documents were served by mailing copies to the above-named party at the above-listed address and deposited same in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois at 5:00 p.m. on this 28th day of February, 2008, with proper postage prepaid.

                                                      /s/ Amy L. Anderson