IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MILWAUKEE MUTUAL INSURANCE COMPANY, n/k/a MILWAUKEE INSURANCE COMPANY,   )<br>)<br>)<br>)<br>          Plaintiff,   )<br>)<br>     v.   )<br>)<br>ARCHITECTURAL SEALANTS, INC.,   )<br>F.H. PASCHEN, S.N. NIELSEN, INC, and   )<br>BOARD OF TRUSTEES OF WILLIAM   )<br>RAINEY HARPER COLLEGE NO. 512, and   )<br>ILLINOIS CAPITAL DEVELOPMENT BOARD,   )<br>for the use and benefit of BOARD OF TRUSTEES   )<br>OF WILLIAM RAINEY HARPER COLLEGE   )<br>NO. 512,   )<br>)<br>          Defendants.   ) | No.   08 C 0029<br><br>Honorable Wayne Anderson |

**ILLINOIS CAPITAL DEVELOPMENT BOARD'S
MOTION TO BE EXCUSED FROM FILING A FORMAL ANSWER**

Defendant ILLINOIS CAPITAL DEVELOPMENT BOARD, by its attorney, LISA MADIGAN, Attorney General of Illinois, hereby moves this Honorable Court to excuse it from filing an answer or otherwise pleading to this matter. In support of this motion, the ILLINOIS CAPITAL DEVELOPMENT BOARD ("CDB") states as follows:

1.   This matter is a declaratory judgment action filed by Plaintiff MILWAUKEE MUTUAL INSURANCE COMPANY, n/k/a MILWAUKEE INSURANCE COMPANY ("MILWAUKEE"). The Plaintiff requests a declaration that it does not owe a duty to provide coverage and to defend or indemnify its named insured, ARCHITECTURAL SEALANTS, INC., and F.H. PASCHEN, S.N. NIELSEN, INC. ("DEFENDANTS") in a construction defect lawsuit filed by Harper College in the Circuit Court of Cook County, entitled <u>Board of Trustees of</u>

<u>William Rainey Harper College No. 512 v. Burnidge, Cassell and Associates, Inc.</u>, numbered 2006 L 5812.  The Plaintiff is requesting that this Court declare that it has no obligation to provide coverage or representation to DEFENDANTS and has included CDB as a necessary party solely because it is named as a plaintiff in the underlying lawsuit.  *See* Plaintiff's Complaint, pg. 2, ¶4.

       2.      Plaintiff MILWAUKEE seeks no affirmative relief from CDB.  *See* Plaintiff's Complaint, pg. 2, ¶4.

       3.      CDB requests that it be excused from filing a formal Answer to Plaintiff's Complaint and further requests that it be excused from future court appearances in this matter because CDB has no vested interest in this lawsuit.

       4.      If CDB were to file a formal Answer in this matter, such an Answer would merely lack knowledge of almost all of Plaintiff MILWAUKEE'S claims.  There are no allegations of wrong-doing against CDB, and CDB has no knowledge of the claims regarding the insurance contract between MILWAUKEE and DEFENDANTS, and has no knowledge regarding the extent of coverage provided under MILWAUKEE'S policy of insurance.  The only allegation relevant to CDB is that CDB is a named plaintiff in the underlying lawsuit, 2006 L 5812.  That lawsuit is a matter of public record, and the Court may take judicial notice of the parties named therein.  CDB's prospective formal Answer would not advance this litigation, but it would incur CDB's time and expense.

       5.      CDB also requests that it be excused from future Court appearances in this matter because there have been no allegations made against it for CDB to defend.  Its presence at future court calls would not advance this litigation, and the Court will be able to make a full

determination of the issues between the Plaintiff and DEFENDANTS without CDB's presence. Counsel for CDB will monitor all Court orders entered electronically in this matter, and if at any time the Court determines that CDB's presence is needed, CDB will respond to such an order.

**WHEREFORE**, for the foregoing reasons, the ILLINOIS CAPITAL DEVELOPMENT BOARD respectfully requests that this Honorable Court enter an order excusing it from filing an Answer to this matter and further excusing it from future court appearances, and for such further relief that this Honorable Court deems reasonable and just.

Respectfully Submitted,

s/ Kevin Lovellette

| | |
|---|---|
| LISA MADIGAN | KEVIN LOVELLETTE |
| Attorney General of Illinois | Assistant Attorney General |
| | General Law Bureau |
| | 100 W. Randolph, 13th Floor |
| | Chicago, Illinois 60601 |
| | 312-814-3720 |