## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MILWAUKEE MUTUAL INSURANCE ) <br> COMPANY, n/k/a MILWAUKEE ) <br> INSURANCE COMPANY, ) <br>                 Plaintiff, ) <br>    v. ) <br> ) <br> ARCHITECTURAL SEALANTS, INC., ) <br> F.H. PASCHEN, S.N. NIELSEN, INC, and ) <br> BOARD OF TRUSTEES OF WILLIAM ) <br> RAINEY HARPER COLLEGE NO. 512, and ) <br> ILLINOIS CAPITAL DEVELOPMENT BOARD, ) <br> for the use and benefit of BOARD OF TRUSTEES ) <br> OF WILLIAM RAINEY HARPER COLLEGE ) <br> NO. 512, ) <br>                 Defendants. ) | No.   08 C 0029 <br><br> Honorable Wayne Anderson |

## NOTICE OF MOTION

TO:    See attached Service List

PLEASE TAKE NOTICE that on the 17th day of April, 2008, at 9:00 a.m., I shall appear before the Honorable Wayne Anderson, or whomsoever is sitting in his stead, in Courtroom number 1403 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **MOTION TO BE EXCUSED FROM FILING AN ANSWER**, a copy of which is hereby served upon you.

                                                  Respectfully Submitted,

                                                  s/ Kevin Lovellette

LISA MADIGAN                                            KEVIN LOVELLETTE  
Attorney General of Illinois                       Assistant Attorney General  
                                                              General Law Bureau  
                                                               100 W. Randolph, 13th Floor  
                                                               Chicago, Illinois 60601  
                                                               312-814-3720

## CERTIFICATE OF SERVICE

The undersigned deposes and states upon oath that a copy of the foregoing was served upon all individuals listed in the attached Service List on the 8th day of April, 2008, via the Court's electronic notification system.

                                                               s/ Kevin Lovellette

**SERVICE LIST**

Mr. Matthew Robert Wildermuth
Law Offices of Matthew R. Wildermuth
33 N . LaSalle Street, Suite 1900
Chicago, Illinois 60602
*Attorney for Plaintiff*
matt.wildermuth@wildermuthlawoffices.com

Mr. Neal Novak
Law Offices of Neal R. Novak, Ltd.
33 N. LaSalle Street, Suite 1900
Chicago, Illinois 60602
*Attorney for Plaintiff*
novak@novakjuris.com

Ms. Mary Clifford
Law Offices of Neal R. Novak, Ltd.
33 N. LaSalle Street, Suite 1900
Chicago, Illinois 60602
*Attorney for Plaintiff*
clifford@novakjuris.com

Ms. Renata Biernat
Segal McCambridge Singer & Mahoney
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606
*Attorney for Plaintiff*
biernat@novakjuris.com

Ms. Amy Anderson
Brenner, Ford, Monroe & Scott, Ltd.
33 N. Dearborn Street, Suite 300
Chicago, Illinois 60602
*Attorney for Architectural Sealants, Inc.*
aanderson@brennerlawfirm.com

Mr. Kenneth Florey
Robbins, Schwartz, Nicholas, Lifton
   & Taylor, Ltd.
20 N. Clark Street, Suite 900
Chicago, Illinois 60602
*Attorney for Harper College*
Kflorey@rsnlt.com

Mr. Samuel Cavnar
Robbins, Schwartz, Nicholas, Lifton
   & Taylor, Ltd.
20 N. Clark Street, Suite 900
Chicago, Illinois 60602
*Attorney for Harper College*
Scavnar@rsnlt.com

Ms. Ellen Epstein
Burke, Burns & Pinelli, Ltd.
Three First National Plaza
Suite 4300
Chicago, Illinois 60602
*Attorney for Paschen/Nielsen*
eepstein@bbp-chicago.com

Mr. Christopher Hales
Burke, Burns & Pinelli, Ltd.
Three First National Plaza
Suite 4300
Chicago, Illinois 60602
*Attorney for Paschen/Nielsen*
chales@bbp-chicago.com