UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MILWAUKEE MUTUAL INSURANCE COMPANY, n/k/a MILWAUKEE INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 08 C 0029<br>Hon. Wayne R. Andersen |
| ARCHITECTURAL SEALANTS, INC., F.H. PASCHEN, S.N. NIELSEN, INC. and BOARD OF TRUSTEES OF WILLIAM RAINEY HARPER COLLEGE NO. 512, and ILLINOIS CAPITAL DEVELOPMENT BOARD, for the use and benefit of BOARD OF TRUSTEES OF WILLIAM RAINEY HARPER COLLEGE NO. 512 | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Neal R. Novak                          Matthew R. Wildermuth
     NEAL R. NOVAK, LTD.                    33 N. LaSalle Street
     33 N. LaSalle Street                   Chicago, IL 60602
     Suite 1900
     Chicago, IL 60602

**PLEASE TAKE NOTICE** that on the 21st day of April, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, Board of Trustees of William Rainey Harper College No. 512's Answer and Affirmative Defense to Complaint, served herewith.

**William Rainey Harper College No. 512**

By:  s/ Samuel B. Cavnar
     Samuel B. Cavnar, One of the Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of April, 2008, I presented the foregoing Notice and pleading(s) to the Clerk of the Court for filing and uploading to the ECF system, whereby I served the foregoing upon counsel listed above.

                                            s/ Samuel B. Cavnar
                                            Samuel B. Cavnar

Kenneth M. Florey
Samuel B. Cavnar
**ROBBINS, SCHWARTZ, NICHOLAS,**
 **LIFTON & TAYLOR, LTD.**
20 N. Clark St., Suite 900
Chicago, Illinois 60602
(312) 332-7760 (p)
(312) 332-7768 (f)