IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| MILWAUKEE MUTUAL INSURANCE, COMPANY, n/k/a Milwaukee Insurance Company | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v | ) ) | Case No.: 08 C 00029 |
| ARCHITECTURAL SEALANTS, INC., F.H. PASCHEN, S.N. NIELSEN, INC, BOARD OF TRUSTEES OF WILLIAM RAINEY HARPER COLLEGE NO. 512, and ILLINOIS CAPITAL DEVELOPMENT BOARD | ) ) ) ) ) ) ) | Hon Judge Wayne R. Andersen Magistrate Judge Keys |
| Defendants. | ) | |

## MILWAUKEE MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, MILWAUKEE MUTUAL INSURANCE COMPANY, n/k/a Milwaukee Insurance Company ("Milwaukee"), by its undersigned attorneys, Novak Law Offices, hereby moves the Court for an order granting summary judgment pursuant to Fed. R. Civ. Pro 56 in its favor and against Defendants ARCHITECTURAL SEALANTS, INC., ("ASI") and F H PASCHEN, S N. NIELSEN, INC. ("Paschen")

In support of its Motion, Milwaukee states that it is entitled to summary judgment because there is no genuine issue of material fact relating to the coverage questions arising from the Milwaukee CGL and Umbrella Policies at issue in this dispute. Milwaukee does not have a duty to defend or indemnify ASI or Paschen because the allegations in the underlying lawsuit filed by Harper College do not trigger coverage under Insuring Agreement A (Bodily Injury and Property Damage Liability). In the alternative, multiple exclusions ("Damage to Property" "Damage to Your Work" and "Damage to Impaired Property or Property not Physically Injured") bar coverage if the Policies

are deemed to be triggered. Finally, Paschen failed to give Milwaukee timely notice of the occurrence/claim per the conditions of the Policies.

In further support of this motion, Milwaukee files simultaneously herewith its Memorandum of Law in Support, its Local Rule 56.1 Statement of Material Facts and the Declaration of Tom F. Tucker.

**WHEREFORE**, Plaintiff MILWAUKEE MUTUAL INSURANCE COMPANY, n/k/a Milwaukee Insurance Company respectfully requests that this Court enter judgment in its favor and against Defendants ARCHITECTURAL SEALANTS, INC., and F H PASCHEN, S.N. NIELSEN, INC., because Milwaukee has no duty to defend or indemnify either party. Milwaukee further requests that the Court grant such other relief as may be appropriate.

                                        MILWAUKEE MUTUAL INSURANCE COMPANY
                                        n/k/a MILWAUKEE INSURANCE COMPANY

By:      /s/ Neal R. Novak
           One of its Attorneys

**NOVAK LAW OFFICES**
Neal R. Novak, Esq. (#06181620)
Matthew R. Wildermuth (#06202106)
Renata Biernat (#06285752)
33 N. LaSalle Street, Suite 1900
Chicago, Illinois 60602
(312) 425-2500 Telephone
(312) 425-2525 Facsimile

2