IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| MILWAUKEE MUTUAL INSURANCE, COMPANY, n/k/a Milwaukee Insurance Company<br><br>Plaintiff,<br><br>v<br><br>ARCHITECTURAL SEALANTS, INC., F.H. PASCHEN, S.N. NIELSEN, INC, BOARD OF TRUSTEES OF WILLIAM RAINEY HARPER COLLEGE NO. 512, and ILLINOIS CAPITAL DEVELOPMENT BOARD<br><br>Defendants. | Case No.: 08 C 00029<br><br>Hon. Judge Wayne R. Andersen<br><br>Magistrate Judge Keys |

## MILWAUKEE MUTUAL INSURANCE COMPANY'S NOTICE OF MOTION

TO:
| | | |
|---|---|---|
| Amy L. Anderson, Esq. | Ellen B. Epstein, Esq. | Samuel B. Cavnar, Esq. |
| Brenner, Ford, Monroe & Scott, Ltd. | Christopher J. Hales, Esq. | Kenneth M. Florey, Esq |
| 33 N. Dearborn St., | Burke Burns & Pinelli, Ltd | Robbins Schwartz Nicholas |
| Suite 300 | 70 W. Madison St., | Lifton & Taylor, Ltd. |
| Chicago, IL 60602 | Suite 4300 | 20 N. Clark St., Suite 900 |
| | Chicago, IL 60602 | Chicago, IL 60602 |

Kevin Lovellette
Office of the Illinois Attorney General
100 W. Randolph St., 13th Fl.
Chicago, IL 60601

On July 3, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Wayne R. Andersen or any judge sitting in his stead, in Courtroom 1403 usually occupied by him at 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached Milwaukee's Motion for Summary Judgment, a copy of which is hereby served upon you.

                MILWAUKEE MUTUAL INSURANCE COMPANY
                n/k/a MILWAUKEE INSURANCE COMPANY

                By: _____
                                /s/ Neal R. Novak
                                One of its Attorneys

**NOVAK LAW OFFICES**
Neal R. Novak, Esq. (#06181620)
Matthew R. Wildermuth (#06202106)
Renata Biernat (#06285752)
33 N. LaSalle Street, Suite 1900
Chicago, Illinois 60602
(312) 425-2500 Telephone
(312) 425-2525 Facsimile