IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| MILWAUKEE MUTUAL INSURANCE, COMPANY, n/k/a Milwaukee Insurance Company | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No : 08 C 00029 |
| ARCHITECTURAL SEALANTS, INC., F.H. PASCHEN, S.N. NIELSEN, INC, BOARD OF TRUSTEES OF WILLIAM RAINEY HARPER COLLEGE NO. 512, and ILLINOIS CAPITAL DEVELOPMENT BOARD | ) ) ) ) ) ) ) | Hon. Judge Wayne R. Andersen  Magistrate Judge Keys |
| Defendants. | ) | |

## DECLARATION OF TOM F. TUCKER

I, Tom F. Tucker, hereby state as follows:

1.  I am a Casualty Claim Specialist for the National Claim Unit of Unitrin Business Insurance, the former parent company of Milwaukee Mutual Insurance Company now known as Milwaukee Insurance Company. This declaration is based on my personal knowledge of the file and the information contained therein from the time I was assigned responsibility for handling the claim submitted by Architectural Sealants, Inc. ("ASI"), the named insured in this dispute, up until approximately May 15, 2008 when the claim was transferred to another office within Unitrin.

2.  On September 17, 2007, Milwaukee received first notice of claim and suit by letter dated September 12, 2007 from counsel representing F.H. Paschen, S.N. Nielsen, Inc., the general contractor. On or around September 17, I was assigned responsibility for handling the ASI claim.

3.  On October 18, 2007, I reviewed materials forwarded by Cary Smith of Scottsdale Insurance Company which I understood was another one of Architectural Sealants' insurance carriers. Following receipt of the materials from Scottsdale, I prepared an e-mail to Cary Smith

dated October 19, 2007 requesting additional information which was not contained in my file. Attached hereto as Exhibit A is a true and accurate copy of the e-mail which is bates numbered MIL388-389.

4.   Also on October 19, 2007, I received a response to my e-mail from Cary Smith. A copy of said e-mail is also included on Exhibit A.

5.   Finally, again on October 19, 2007, I prepared an e-mail to Mr. Tom Best, the insured contact for Architectural Sealants. In my e-mail to Mr. Best, I requested additional information which we did not have in our file at the time. Attached hereto as Exhibit B is a true and accurate copy of my October 19, 2007 e-mail to Mr. Best.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  /9  day of June, 2008 in Dallas, Texas

/s/ Tom F. Tucker
Tom F. Tucker

# EXHIBIT A

1-888-291-8298, ext 8305
(voice: 214-360-8305
7fax: 1-866-305-2313
*Email: ttucker@unitrin com

---

**From:** SMITC133@scottsdaleins.com [mailto:SMITC133@scottsdaleins.com]
**Sent:** Friday, October 19, 2007 10:04 AM
**To:** Tucker, Tom
**Subject:** Re: Architectural Sealants, Inc ; Scottsdale File #: 1093087-140; Unitrin CL#129123998

I dont have the third party complaint or the May 14th letter; I sent you everything we have to date I put the current address (to the best of our knowledge) of our insured at the bottom of the tender. I did go to the Cook County web site and it appears that our insured was put on notice on 9/14/07. I requested from counsel for the GC to forward the third party complaint and the subcontract. If and when recd I will forward to your attention.

Cary Smith
Scottsdale Insurance Company
PO Box 4120
Scottsdale, AZ 85261-4120
Tele: (800) 423-7675 Ext 2983
Fax: (480) 483-6752

This email is intended only for the personal and confidential use of the recipient(s) named above If you are not an intended recipient, you have received this email in error and any review, dissemination, distribution, copying, or printing of this message is strictly prohibited If you have received this email in error, please notify the sender immediately by return email and permanently delete this email. Thank you.

"Tucker, Tom" <TTucker@unitrin.com>

From "Tucker, Tom" <TTucker@unitrin com>
To <smitc133@scottsdaleins com>
cc
Subject Architectural Sealants Inc ; Scottsdale File #: 1093087-140; Unitrin CL#129123998

10/19/2007 07:09 AM

Cary:
I have been assigned the defense file for the named insured. Another adjuster in our office, Sara Wright, will be addressing the Additional Insured tender by the general contractor.

In looking over the material you forwarded to us on Oct. 18th, there are a couple items missing. If you have a copy of the Third Party Petition filed by Paschen against our insured, please send that to me.

5/14/2008   MIL 0388

Also, I would like to see a copy of Paschen's original notice letter to our insured dated May 14, 2007, if you have that.

I am not sure I have the current contact information for our insured. Please copy that to me, if you have it.

Please also confirm your policy dates. Thank you

Tom F. Tucker
Casualty Claim Specialist
National Claim Unit
**UNITRIN**Business Insurance ®

P.O. Box 650665
Dallas, TX 75265-0665
1-888-291-8298, ext 8305
(voice: 214-360-8305
7fax: 1-866-305-2313
*Email: ttucker@unitrin.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or the taking of any action in reliance upon the information is prohibited. If you have received this e-mail in error, please immediately notify the sender and delete it from your system.
[IMAGE]

Attachment(s) have been removed by Cary Smith

CONFIDENTIALITY NOTICE: The information contained in this e-mail and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or the taking of any action in reliance upon the information is prohibited. If you have received this e-mail in error, please immediately notify the sender and delete it from your system.

Attachment(s) have been removed by Cary Smith

5/14/2008                                                                                               MIL 0389

# EXHIBIT B

**From:** Tucker, Tom
**Sent:** Friday, October 19, 2007 1:53 PM
**To:** 'tom@asi-sealants.com'; 'masika@asi-sealants.com'
**Cc:** Wright, Sara; 'Brittany D Yost'
**Subject:** Architectural Sealants, Inc.; Unitrin CL#129123998


Tom Best:

Thilman & Filipini, your insurance agent, has copied all your liability insurance companies with notice of a litigation claim arising out of construction of the Wojcik Conference Center and Performing Arts Center on the campus of Harper College, District 512

We are the parent company for Milwaukee Mutual Insurance Company, your company's liability insurance carrier for the period of 10/17/1999-2003.

Along with the other carriers placed on notice, we have been asked to analyze the applicability of our coverage to this litigation claim. We have received limited information and need additional information in order to complete our coverage analysis

Please copy us with the following:

- Third Party Complaint filed by attorneys for F H. Paschen, S.N Nielsen, Inc. against your company.
- Copy of the subcontract agreement between the general contractor and your company.
- Documentation of the completion of your work on this project, i.e.: written acceptance of your work, final payment for your work. In the alternative, a copy of your entire job file would be great.
- Documentation of any call backs on your work, warranty claims, service calls, etc. subsequent to completion of your work on this project.
- Copy of the May 14, 2007, original notice of claim letter your company received from Paschen
- Contact information and correspondence that your company has received from all your company's insurance carriers who have been placed on notice of this lawsuit

At your earliest opportunity, I need to speak with you to determine the date you were served with the Third Party Complaint, and whether or not you have hired an attorney to Answer on your company's behalf. If you have hired counsel, please let me have that attorney's contact information as soon as possible I will be deciding on whether or not to participate with the other liability insurance carriers in paying for your company's defense in the Third Party action.

I look forward to hearing from you

P.S

Please be advised that you will be hearing from another adjuster in our office, Sara Wright, who is analyzing your coverage with respect to the general contractor's demand for additional insured status, or, in the alternative, indemnity and defense under your policy with Milwaukee Mutual, per the terms of your subcontract agreement

Tom F. Tucker
Casualty Claim Specialist
National Claim Unit
UNITRIN Business Insurance ®
P.O. Box 650665
Dallas, TX 75265-0665

5/14/2008                                                                                                MIL 0527

1-888-291-8298, ext 8305
☎ voice: 214-360-8305
📠 fax: 1-866-305-2313
✉ Email: ttucker@unitrin.com