## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2008, I electronically filed Milwaukee Mutual Insurance Company's Notice of Motion, Motion for Summary Judgment, Memorandum of Law in Support of Motion for Summary Judgment, Declaration of Tom Tucker and Local Rule 56.1 Statement of Undisputed Facts with the Clerk of the Court using the ECF system, which will send notification of such filings to the following:

| | | |
|---|---|---|
| TO: Amy L. Anderson, Esq<br>Brenner, Ford, Monroe & Scott, Ltd.<br>33 N. Dearborn St.,<br>Suite 300<br>Chicago, IL 60602 | Ellen B. Epstein, Esq.<br>Christopher J. Hales, Esq<br>Burke Burns & Pinelli, Ltd.<br>70 W. Madison St.,<br>Suite 4300<br>Chicago, IL 60602 | Samuel B. Cavnar, Esq.<br>Kenneth M. Florey, Esq.<br>Robbins Schwartz Nicholas<br>Lifton & Taylor, Ltd<br>20 N. Clark St., Suite 900<br>Chicago, IL 60602 |
| Kevin Lovellette<br>Office of the Illinois Attorney General<br>100 W. Randolph St., 13th Fl<br>Chicago, IL 60601 | | |

By: _____/s/ Neal R. Novak_____

**NOVAK LAW OFFICES**
Neal R. Novak, Esq. (#06181620)
Matthew R. Wildermuth (#06202106)
Renata Biernat (#06285752)
33 N. LaSalle Street, Suite 1900
Chicago, Illinois 60602
(312) 425-2500 Telephone
(312) 425-2525 Facsimile