IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| MILWAUKEE MUTUAL INSURANCE, COMPANY, n/k/a Milwaukee Insurance Company<br><br>Plaintiff,<br><br>v.<br><br>ARCHITECTURAL SEALANTS, INC., F.H. PASCHEN, S.N. NIELSEN, INC., BOARD OF TRUSTEES OF WILLIAM RAINEY HARPER COLLEGE NO. 512, and ILLINOIS CAPITAL DEVELOPMENT BOARD<br><br>Defendants | Case No.: 08 C 00029<br><br>Hon. Wayne R. Andersen<br><br>Magistrate Judge Keys |

## MILWAUKEE MUTUAL INSURANCE COMPANY'S
## MOTION TO ENLARGE TIME FOR FILING BRIEF

Plaintiff, MILWAUKEE MUTUAL INSURANCE COMPANY, n/k/a Milwaukee Insurance Company ("Milwaukee"), by its undersigned counsel, Novak Law Offices, hereby moves the Court pursuant to Fed. R. Civ. P. 6(b) for an order enlarging time in which it must file its Reply Brief in Support of its Motion for Summary Judgment.

In support of this Motion, Milwaukee states as follows:

1. This cause came before the Court on April 17, 2008 on Defendant Illinois Capital Development Board's ("CDB") Motion for Excuse from Filing Answer. Following the hearing on the Motion, the Court adjourned and counsel met in chambers to discuss the case.

2. The undersigned did not appear on the CDB's April 17 Motion because Milwaukee had no objection to CDB's Motion and had so advised CDB's counsel. In light of the Court's desire to learn more about the case, the Court requested Plaintiff's counsel's firm to participate in the ongoing discussion in chambers by telephone, and Attorney Wildermuth of our office joined the discussion.

3. During the phone conversation, Attorney Wildermuth advised the Court that Milwaukee planned to file a Motion for Summary Judgment. The parties and the Court mapped out a briefing schedule under which Milwaukee would have to and including June 27, 2008 to file its Motion for Summary Judgment, the Defendants' response would be due on August 8, 2008 and Plaintiff's reply would be filed on or by September 5, 2008.

4. Following the hearing, counsel for Defendant Board of Trustees of William Rainey Harper College No. 512 (the "College") prepared and circulated a draft agreed scheduling order. Attached hereto as Exhibit A is a copy of counsel's e-mail to all counsel for the parties along with a copy of the draft order. Included on Exhibit A is an e-mail from Defendant Paschen's counsel agreeing to the draft order. Likewise, Milwaukee's counsel agreed to the draft order. At that point, the undersigned was under the impression that counsel for the College or CDB would submit the order to the Court for entry. Although no order appears to have been entered memorializing these dates, Milwaukee filed its Motion for Summary Judgment on June 27, 2008 as agreed.

5. On July 3, 2008, the Court entered a minute order setting a briefing schedule requiring opposition briefs to the Motion for Summary Judgment to be filed on August 1 and Milwaukee's Reply Brief due on August 15.

6. Counsel for Milwaukee respectfully requests that the Court enlarge the time to include the dates previously agreed between the parties for the following reasons:

    a. Milwaukee's lead counsel will be participating in an arbitration hearing the week of August 18, 2008. Counsel will spend the week of August 11, 2008 preparing the direct and cross-examinations of the various witnesses to be called at the hearing along with finalizing other hearing details including exhibit notebooks and demonstrative exhibits.

    b. Counsel will devote the week of August 4 to finalizing the reply brief for the arbitration and attending to other case matters and business that has been scheduled around the

arbitration hearing and in reliance on the belief that Milwaukee's Reply Brief would not be due until September 5, 2008

**WHEREFORE**, Plaintiff, MILWAUKEE MUTUAL INSURANCE COMPANY, n/k/a Milwaukee Insurance Company respectfully requests that the Court modify its Minute Order entered July 3 to direct that opposition briefs to Milwaukee's Motion for Summary Judgment be filed, if at all, on or by August 8, 2008 and that Milwaukee's Reply Brief be filed on or by September 5, 2008.

                                      MILWAUKEE MUTUAL INSURANCE COMPANY
                                      n/k/a MILWAUKEE INSURANCE COMPANY

                                        By:
                                                             /s/ Neal R. Novak
                                                               One of its Attorneys

**NOVAK LAW OFFICES**
Neal R. Novak, Esq. (#06181620)
Matthew R. Wildermuth (#06202106)
Renata Biernat (#06285752)
33 N. LaSalle Street, Suite 1900
Chicago, Illinois 60602
(312) 425-2500 Telephone
(312) 425-2525 Facsimile

# Exhibit A

**From:** Ellen Epstein [mailto:eepstein@bbp-chicago.com]
**Sent:** Tuesday, April 22, 2008 3:25 PM
**To:** Samuel Cavnar; aanderson@brennerlawfirm.com; clifford@novakjuris.com; klovellette@atg.state.il.us; novak@novakjuris.com; matt.wildermuth@wildermuthlawoffices.com
**Cc:** Kenneth Florey
**Subject:** RE: Milwaukee Mutual v. Architectural Sealants, et al.; N.D. Ill. Case No. 08 C 0029; Hon. Wayne Andersen

The Order looks fine to me. Ellen Epstein

---

**From:** Samuel Cavnar [mailto:SamuelCavnar@rsnlt.com]
**Sent:** Tuesday, April 22, 2008 3:04 PM
**To:** aanderson@brennerlawfirm.com; clifford@novakjuris.com; Ellen Epstein; klovellette@atg.state.il.us; novak@novakjuris.com; matt.wildermuth@wildermuthlawoffices.com
**Cc:** Kenneth Florey; Samuel Cavnar
**Subject:** Milwaukee Mutual v. Architectural Sealants, et al.; N.D. Ill. Case No. 08 C 0029; Hon. Wayne Andersen

Counsel,

Per Judge Andersen's request, I prepared the attached order to reflect the scheduling agreement reached in chambers after the motion hearing last Thursday, 4/17/08. Please review and advise if you approve the attached order, or have any comments. If approved, I will submit the order to Judge Andersen's clerk for entry.

Thank you,

Sam

**Samuel B. Cavnar**
Attorney
Robbins Schwartz Nicholas Lifton & Taylor, Ltd.
20 N. Clark St., Suite 900
Chicago, Illinois 60602-4115
p: 312.332.7760  f: 312.332.7768
scavnar@rsnlt.com

ROBBINS SCHWARTZ
NICHOLAS LIFTON & TAYLOR, LTD.

This message is confidential. This message may also be privileged or protected by work product immunity or other laws and regulations. If you have received it by mistake, please re-send this communication to the sender and delete it from your system without copying it or disclosing its contents to anyone.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MILWAUKEE MUTUAL INSURANCE COMPANY, n/k/a MILWAUKEE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>ARCHITECTUAL SEALANTS, INC., F.H. PASCHEN, S.N. NIELSEN, INC. and BOARD OF TRUSTEES OF WILLIAM RAINEY HARPER COLLEGE NO. 512, and ILLINOIS CAPITAL DEVELOPMENT BOARD, for the use and benefit of BOARD OF TRUSTEES OF WILLIAM RAINEY HARPER COLLEGE NO. 512,<br><br>      Defendants. | CASE NO. 08 C 0029<br>Hon. Wayne R. Andersen |

## ORDER

This matter coming to be heard upon Defendant the Illinois Capital Development Board's motion to be excused from responding to Plaintiff's complaint, and for status; the Parties having appeared through counsel; and the Court being fully apprised; NOW THEREFORE, IT IS HEREBY ORDERED:

    1. Plaintiff shall file and serve its motion for summary judgment on or before June 27, 2008;

    2. Defendants shall file and serve their responses to Plaintiff's summary judgment motion by August 8, 2008;

    3. Plaintiff shall file and serve its reply in support of its summary judgment motion by September 5, 2008;

1

4.  Discovery may commence and no discovery cutoff date has been set.

_____
Hon. Wayne R. Andersen

Order prepared by:

Samuel B. Cavnar
Robbins, Schwartz, Nicholas,
Lifton & Taylor, Ltd.
20 N. Clark St., Ste. 900
Chicago, IL  60602
(312) 332-7760