IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| MILWAUKEE MUTUAL INSURANCE, COMPANY, n/k/a Milwaukee Insurance Company ) ) ) Plaintiff, ) ) v. ) ) ARCHITECTURAL SEALANTS, INC., ) F.H. PASCHEN, S.N. NIELSEN, INC, ) BOARD OF TRUSTEES OF WILLIAM ) RAINEY HARPER COLLEGE NO ) 512, and ILLINOIS CAPITAL ) DEVELOPMENT BOARD ) ) Defendants. ) | Case No.: 08 C 00029<br><br>Hon. Judge Wayne R. Andersen<br><br>Magistrate Judge Keys |

## MILWAUKEE MUTUAL INSURANCE COMPANY'S
## NOTICE OF MOTION

TO:  Amy L. Anderson, Esq            Ellen B. Epstein, Esq            Samuel B. Cavnar, Esq.
     Brenner, Ford, Monroe & Scott, Ltd.  Christopher J. Hales, Esq.       Kenneth M. Florey, Esq.
     33 N. Dearborn St.,              Burke Burns & Pinelli, Ltd       Robbins Schwartz Nicholas
     Suite 300                        70 W. Madison St.,               Lifton & Taylor, Ltd
     Chicago, IL  60602               Suite 4300                       20 N. Clark St., Suite 900
                                      Chicago, IL  60602               Chicago, IL  60602

     Kevin Lovellette
     Office of the Illinois Attorney General
     100 W. Randolph St., 13th Fl.
     Chicago, IL  60601

On July 17, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Wayne R. Andersen or any judge sitting in his stead, in Courtroom 1403 usually occupied by him at 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached Milwaukee's Motion to Enlarge Time for Filing Brief, a copy of which is hereby served upon you.

MILWAUKEE MUTUAL INSURANCE COMPANY
n/k/a MILWAUKEE INSURANCE COMPANY

By: _____/s/ Neal R. Novak_____
    One of its Attorneys

**NOVAK LAW OFFICES**
Neal R. Novak, Esq. (#06181620)
Matthew R. Wildermuth (#06202106)
Renata Biernat (#06285752)
33 N. LaSalle Street, Suite 1900
Chicago, Illinois 60602
(312) 425-2500 Telephone
(312) 425-2525 Facsimile