## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, I electronically filed Milwaukee Mutual Insurance Company's Notice of Motion, Motion to Enlarge Time for Filing Brief with the Clerk of the Court using the ECF system, which will send notification of such filings to the following:

TO:  Amy L. Anderson, Esq
Brenner, Ford, Monroe & Scott, Ltd
33 N. Dearborn St.,
Suite 300
Chicago, IL 60602

Kevin Lovellette
Office of the Illinois Attorney General
100 W. Randolph St., 13th Fl.
Chicago, IL 60601

Ellen B. Epstein, Esq
Christopher J. Hales, Esq
Burke Burns & Pinelli, Ltd.
70 W. Madison St.,
Suite 4300
Chicago, IL 60602

Samuel B. Cavnar, Esq.
Kenneth M. Florey, Esq.
Robbins Schwartz Nicholas
Lifton & Taylor, Ltd.
20 N. Clark St., Suite 900
Chicago, IL 60602

By:    /s/ Neal R. Novak

**NOVAK LAW OFFICES**
Neal R. Novak, Esq. (#06181620)
Matthew R. Wildermuth (#06202106)
Renata Biernat (#06285752)
33 N. LaSalle Street, Suite 1900
Chicago, Illinois 60602
(312) 425-2500 Telephone
(312) 425-2525 Facsimile