# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Milwaukee Mutual Insurance Company

                        Plaintiff,

v.                                            Case No.: 1:08−cv−00029
                                          Honorable Wayne R. Andersen

Architectural Sealants, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Milwaukee's motion for summary judgment[27]: Responses due by 8/1/2008. Replies due by 8/15/2008. Ruling will be made by mail.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# EXHIBIT A

**Anderson, Amy**

From: usdc_ecf_ilnd@ilnd.uscourts.gov
Sent: Thursday, July 03, 2008 11:42 AM
To: ecfmail_ilnd@ilnd.uscourts.gov
Subject: Activity in Case 1:08-cv-00029 Milwaukee Mutual Insurance Company v. Architectural Sealants, Inc. et al terminate motion and R&R deadlines/hearings

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1

**Notice of Electronic Filing**

The following transaction was entered on 7/3/2008 at 11:41 AM CDT and filed on 7/3/2008
**Case Name:**  Milwaukee Mutual Insurance Company v. Architectural Sealants, Inc. et al
**Case Number:**  1:08-cv-29
**Filer:**
**Document Number:** 33

**Docket Text:**
**MINUTE entry before the Honorable Wayne R. Andersen:Milwaukee's motion for summary judgment[27]: Responses due by 8/1/2008. Replies due by 8/15/2008. Ruling will be made by mail.Mailed notice (tsa, )**

**1:08-cv-29 Notice has been electronically mailed to:**

Ellen Beth Epstein     eepstein@bbp-chicago.com

Matthew Robert Wildermuth     matt.wildermuth@wildermuthlawoffices.com

Neal R. Novak     novak@novakjuris.com

Amy Lynn Anderson     aanderson@brennerlawfirm.com

Kevin R. Lovellette
klovellette@atg.state.il.us,kdonoghue@atg.state.il.us,mcapra@atg.state.il.us,lschertz@atg.state.il.us

Christopher J Hales     chales@bbp-chicago.com

7/7/2008

Mary C Clifford    clifford@novakjuris.com

Renata Biernat    biernat@novakjuris.com

Samuel Byron Cavnar    scavnar@rsnlt.com,cbergstrom@rsnlt.com

**1:08-cv-29 Notice has been delivered by other means to:**

7/7/2008