## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MILWAUKEE MUTUAL INSURANCE COMPANY, n/k/a MILWAUKEE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> ARCHITECTURAL SEALANTS, INC., F.H. PASCHEN, S.N. NIELSEN, INC., and BOARD OF TRUSTEES OF WILLIAM RAINEY HARPER COLLEGE NO. 512, and ILLINOIS CAPITAL DEVELOPMENT BOARD, for the use of and benefit of BOARD OF TRUSTEES OF WILLIAM RAINEY HARPER COLLEGE NO. 512, <br><br> Defendants. | No. 08 CV 0029 <br><br> Judge Andersen <br> Magistrate Judge Keys |

### NOTICE OF MOTION

TO:   Neal R. Novak, Esq.
      Matthew R. Wildermuth, Esq.
      Karen Andersen Moran, Esq.
      Mary C. Clifford, Esq.
      Law Offices of Neal R. Novak, Ltd.
      33 North LaSalle Street, Suite 1900
      Chicago, Illinois 60602

On July 23, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Wayne R. Andersen in Room 1403 of the Dirksen Building, 219 S. Dearborn, Chicago, Illinois, and present the attached **Motion to Vacate the Order of July 3, 2008 and to Set Matter for Status.**

| | |
|---|---|
| **BRENNER, FORD, MONROE & SCOTT, LTD.** <br> 33 North Dearborn Street, Suite 300 <br> (312) 781-1970 | Attorneys for Architectural Sealants, Inc. <br> Chicago, Illinois 60602 <br> Attorney No. 38007 |

### CERTIFICATE OF SERVICE

I, Amy L. Anderson an attorney, state under oath that service of the foregoing documents was accomplished pursuant to ECF as to Filing Users, and that additional copies of said documents were served by mailing to the above-named parties at the above-listed address and deposited same in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois by 5:00 p.m. on the 7th day of July, 2008, with proper postage prepaid.

                                                              s/ Amy L. Anderson

[X]   Under penalties as provided by law pursuant to
      735 ILCS 5/1-109 (1993) I certify that the statements
      set forth herein are true and correct.