*Milwaukee Mutual Insurance vs. Architectural Sealants, Inc.*
*Court No. 08 CV 0029*

## SERVICE LIST

**ATTORNEYS FOR PLAINTIFFS**
Kenneth M. Florey
Samuel B. Cavnar
Robbins, Schwartz, Nicholas,
Lifton & Taylor, Ltd.
20 North Clark, Suite 900
Chicago, Illinois  60602
Tel:    (312) 332-7760
Fax:    (312) 332-7768
kflorey@rsnlt.com
scavnar@rsnlt.com

**ATTORNEYS FOR BURNIDGE CASSELL AND ASSOCIATES**
Laurie S. Randolph
Donald A. O'Brien
Hinshaw & Culbertson
222 North LaSalle Street, Suite 300
Chicago, Illinois  60601
Tel:    (312)   704-3000
        (312)   704-3001 (Randolph Direct)
        (312)   236-3470 (O'Brien Direct)
Fax:    (312)   704-3001
lrandolph@hinshawlaw.com
dobrien@hinshawlaw.com

**ATTORNEYS FOR UNDERLAND ARCHITECTURAL SYSTEMS, INC.**
C. William Busse, Jr.
Kenneth M. Lubinski
Busse, Busse & Grasse PC
20 North Wacker Drive, Suite 1860
Chicago, Illinois  60606
Tel:    (312)   750-1212
Fax:    (312)   750-1211
cwbusse@bussepc.com
kennethlubinski@bussepc.com

**ATTORNEYS FOR TUSCHALL ENGINEERING COMPANY, INC.**
Bradford D. Roth
Bradford A. Burton
Cassiday, Schade, LLP
20 North Wacker Drive, Suite 1040
Chicago, Illinois 60606
Tel:    (312)   641-3100
        (312)   444-2480 (Roth Direct)
Fax:    (312)   444-1669
bdr@cassiday.com
bab@cassiday.com

**ATTORNEYS FOR LARSON EQUIPMENT AND FURNITURE COMPANY**
Aaron H. Stanton
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash, 22nd Floor
Chicago, Illinois  60611
Tel:    (312)   840-7000
Fax:    (312)   840-7900
asanton@burkelaw.com

**ATTORNEYS FOR BENNETT & BROUSSEAU ROOFING, INC.**
Jennifer A. Nielsen
William D. Lyman
Lyman & Nielsen, LLC
1301 West 22nd Street, Suite 914
Oakbrook, Illinois  60523
Tel:    (630)   575-0020
Fax:    (630)   575-0999
jnielsen@lymannielsen.com

**ATTORNEYS FOR BENNETT & BROSSEAU ROOFING, INC.**
Terry A.Takesh
Matthew K. Wollin
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, Illinois  60603
Tel:       (312)   372-0770
              (312)   984-6676 (Takesh Direct)
              (312)   984-0284 (Wollin Direct)
Fax:     (312)   372-2881
takesht@jbltd.com
wollinm@jbltd.com

**ATTORNEYS FOR CROUCH-WALKER CORP.**
Christian D. Ambler
Jennifer Kanady
Stone & Johnson, Chtd.
150 North Michigan Avenue
Suite 2600
Chicago, Illinois  60601
Tel:       (312)   332-5656
Fax      (312)   332-5858
CAambler@stonejohnsonlaw.com
jkanady@stonejohnsonlaw.com

**ATTORNEYS FOR CHAKRA, INC.**
Joseph P. Berglund
Berglund & Mastny P.C.
900 Jorie Boulevard, Suite 122
Oak Brook, Illinois 60523
Tel:       (630) 990-0234
Fax:     (630) 990-2900

**ATTORNEYS FOR OOSTERBAAN & SONS COMPANY**
Robert E. Youngman
Daniel P. Costello & Associates
20 North Clark Street, Suite 1250
Chicago, Illinois  60602
Tel:       (312)   578-0831
Fax:     (513)   881-1245
Robert.youngman@ocas.com

**ATTORNEYS FOR F.H. PASCHEN, S.N. NIELSEN, INC.**
Ellen Epstein
Burke, Burns, Ellison & Pinelli, Ltd.
70 West Madison Street
Suite 4300
Chicago, Illinois  60602
Tel:       (312)   541-8600
Fax:     (312)   541-8603

**ATTORNEYS FOR THIRD-PARTY DEFENDANT SPRAY SPECIALITST, INC.**
Melinda M. Lange
Radogno, Cameli & Hoag, P.C.
20 North Clark Street, 1800
Chicago, Illinois  60603
Tel:       (312)   726-7300
Fax:     (312)   726-7302
mlange@rchlawyers.com

**ATTORNEYS FOR NUCON SCHOKBETON, INC.**
John J. Skawski
Chirsian Ryba
Acosta & Skawski, P.C.
400 South County Farm Road
Suite 310
Wheaton, Illinois  60187
Tel:       (630)   871-6161
Fax:     (630)   871-0084
jskawski@att.net
CRyba@att.net

**ATTORNEYS FOR FIREMAN'S FUND INSURANCE COMPANY**
Michael J. Weber
Michele Killebrew
LEO & WEBER, P.C.
One North LaSalle Street, Suite 3600
Chicago, Illinois 60602
Tel:      (312)   857-0910
Fax:     (312)   857-1240