IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MILWAUKEE MUTUAL INSURANCE COMPANY, n/k/a MILWAUKEE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> ARCHITECTURAL SEALANTS, INC., F.H. PASCHEN, S.N. NIELSEN, INC., and BOARD OF TRUSTEES OF WILLIAM RAINEY HARPER COLLEGE NO. 512, and ILLINOIS CAPITAL DEVELOPMENT BOARD, for the use of and benefit of BOARD OF TRUSTEES OF WILLIAM RAINEY HARPER COLLEGE NO. 512, <br><br> Defendants. | No. 08 CV 0029 <br><br> Judge Andersen <br> Magistrate Judge Keys |

### NOTICE OF MOTION

TO:   Counsel of Record (See Attached Service List)

On <u>July 23,</u> 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Wayne R. Andersen in Room 1403 of the Dirksen Building, 219 S. Dearborn, Chicago, Illinois, and present the attached **Motion to Vacate the Order of July 3, 2008 and to Set Matter for Status.**

**BRENNER, FORD, MONROE & SCOTT, LTD.**   Attorneys for Architectural Sealants, Inc.
33 North Dearborn Street, Suite 300   Chicago, Illinois 60602
(312) 781-1970   Attorney No. 38007

### CERTIFICATE OF SERVICE

I, Amy L. Anderson an attorney, state under oath that service of the foregoing documents was accomplished pursuant to ECF as to Filing Users, and that additional copies of said documents were served by mailing to the above-named parties at the above-listed address and deposited same in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois by 5:00 p.m. on the 8th day of July, 2008, with proper postage prepaid.

s/ Amy L. Anderson

[X]   Under penalties as provided by law pursuant to 735 ILCS 5/1-109 (1993) I certify that the statements set forth herein are true and correct.