*Milwaukee Mutual Ins. Co. vs. Architectural Sealants, et al.*
*Court No. 08 cv 0029*

**SERVICE LIST**

Neal R. Novak, Esq.
Matthew R. Wildermuth, Esq.
Renata Biernat, Esq.
NOVAK LAW OFFICES
33 North LaSalle Street, Suite 1900
Chicago, Illinois  60602
Tel:     (312)   425-2500
Fax:    (312)   425-2525
novak@novakjuris.com
biernat@novakjuris.com

Samuel B. Cavnar, Esq.
Kenneth M. Florey, Esq.
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
20 North Clark, Suite 900
Chicago, Illinois  60602
Tel:     (312) 332-7760
Fax:    (312) 332-7768
scavnar@rsnlt.com
kflorey@rsnlt.com

Ms. Ellen B. Epstein
Christopher J. Hales
BURKE, BURNS & PINELLI, LTD.
Three National Plaza
Suite 4300
Chicago, Illinois  60602
Tel:     (312)   541-8600
Fax:    (312)   451-8603
eepstein@bbp-chicago.com
chales@bbp-chicago.com

Kevin Lovellette
General Law Bureau
100 West Randolph, 13th Floor
Chicago, Illinois 60601
Tel:     (312)   814-5163
Fax:    (312)   814-4425
klovellette@atg.state.il.us