**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| MILWAUKEE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No: 08 C 00029 |
| ARCHITECTURAL SEALANTS, INC., F.H. PASCHEN, S.N. NIELSEN, INC, BOARD OF TRUSTEES OF WILLIAM RAINEY HARPER COLLEGE NO. 512 and ILLINOIS CAPITAL DEVELOPMENT BOARD, | ) ) ) ) ) ) ) | Hon. Judge Wayne R. Andersen<br><br>Magistrate Judge Keys |
| Defendants. | ) | |

**DEFENDANT F.H. PASCHEN, S.N. NIELSEN, INC.'S MOTION TO ADOPT
PLAINTIFF'S MOTION TO ENLARGE TIME AND
ARCHITECTURAL SEALANTS' MOTION
TO VACATE ORDER OF JULY 3, 2008 AND TO SET MATTER FOR STATUS**

Defendant **F.H. PASCHEN, S.N. NIELSEN, INC**. ("Paschen"), by its undersigned counsel, hereby moves to adopt Plaintiff **MILWAUKEE MUTUAL INSURANCE COMPANY'S** ("Plaintiff") Motion to Enlarge Time for Filing Brief ("Plaintiff Motion") and Defendant **ARCHITECTURAL SEALANTS, INC.'S** ("ASI") Motion to Vacate Order Of July 3, 2008 And To Set Matter For Status ("ASI Motion"). In support hereof Paschen provides the following.

1. On July 7, 2008 Paschen received both Plaintiff's Motion and ASI's Motion.

2. In Plaintiff's Motion the Plaintiff indicates that through inadvertence the original briefing schedule set by this Court on April 17, 2008 in relation to Plaintiff's Motion for Summary Judgment was not entered of record.

3. This briefing schedule provided that the opening summary judgment brief be filed

by Plaintiff on June 27, 2008; that all briefs in opposition be filed by August 8, 2008 and that Plaintiff's Reply briefs would then be due by September 5, 2008.

4. Plaintiff filed its opening Summary Judgment brief and related materials on June 27, 2008 but for some reason set the Motion for presentment on July 3, 2008; a date which was not available for most counsel of record herein due to previously set matters.

5. Paschen's counsel unsuccessfully attempted to contact Plaintiff's counsel prior to the July 3rd court date. However, counsel for ASI and Paschen did speak prior to July 3, 2008 and, after discussion, agreed that a short status date, rather than a continued briefing schedule, would be advisable given the current status of the underlying litigation. Counsel for ASI indicated that it would have an attorney present at the July 3rd court date and would explain the agreement to the Court and the reason that Paschen's counsel would not be appearing.

6. Accordingly, counsel for ASI appeared on July 3rd. However, the Court had already set a briefing schedule on Plaintiff's Summary Judgment Motion different from the one ordered on April 17th and consequently did not call the case.

7. Plaintiff's Motion requests that the original briefing schedule be reinstated. Defendant ASI requests that the briefing schedule be temporarily suspended and that a status be set in sixty (60) days in order to report to the Court the ongoing events occurring in the underlying litigation which may have a direct impact on this matter.

8. Accordingly, Paschen hereby moves to adopt both Motions and thus hereby requests this Court to stay the briefing schedule and set this matter for status in sixty (60) days in order to report on events occurring in the underlying litigation or, alternatively, for the Court to reinstate the original briefing schedule as ordered by this Court on April 17, 2008 and permit all Defendants opposing the Motion for Summary Judgment to file their respective briefs by August

8, 2008 and for the Plaintiff to file all Reply briefs by September 5, 2008.

                                      Respectfully submitted,
                                      **F.H. PASCHEN, S.N. NIELSEN, INC.**

                                      By:  s/Ellen B. Epstein
                                                One of the Attorneys for F.H. Paschen

Ellen B. Epstein #6187521
Christopher J. Hales #6280150
**BURKE BURNS & PINELLI, LTD.**
Three First National Plaza
Suite 4300
Chicago, Illinois 60602
(312) 541-8600

3