**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| MILWAUKEE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No:. 08 C 00029 |
| Architectural Sealants, Inc., F.H. Paschen, S.N. Nielsen, Inc., Board of Trustees of Williams Rainey Harper College No. 512 and Illinois Capital Development Board,. | ) ) ) ) ) | Hon. Judge Wayne R. Andersen  Magistrate Judge Keys |
| Defendants. | ) | |

**RE-NOTICE OF MOTION**

To:    SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on Wednesday, July 23, 2008, at 9:00 a.m., we will appear before the Honorable Wayne R. Andersen, or any judge sitting in his stead, in Courtroom 1403 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present: **DEFENDANT F.H. PASCHEN, S.N. NIELSEN, INC.'S MOTION TO ADOPT**, a copy of which is attached hereto and served upon you herewith.

                                                Respectfully submitted,
                                                **F.H. PASCHEN, S.N. NIELSEN, INC.**

                                                By:   s/Ellen B. Epstein
                                                      One of the Attorneys for F.H. Paschen

Ellen B. Epstein #6187521
Christopher J. Hales #6280150
**BURKE BURNS & PINELLI, LTD.**
Three First National Plaza
Suite 4300
Chicago, IL  60602
(312) 541-8600

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 17, 2008, **DEFENDANT F.H. PASCHEN, S.N. NIELSEN, INC.'S RE-NOTICE OF MOTION TO ADOPT** was served upon:

**Attorneys for Milwaukee Mutual Insurance Company**
**Neal R. Novak**
**Matthew R. Wildermuth**
**Renata Biernat**
The Law Offices of Neal R. Novak
33 N. LaSalle Street
Suite 1900
Chicago, IL 60602
(312) 425-2500
(312) 425-2516 (direct)
(312) 425-2525 (fax)
Email:  novak@novakjuris.com
           biernat@novakjuris.com

**Attorneys for Architectural Sealants, Inc.**
**Amy L. Anderson**
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn Street
Suite 300
Chicago, Illinois 60602
(312) 781-1970
(312)-781-9202 (fax)
Email:  aanderson@brennerlawfirm.com


**Attorneys for Harper College**
**Kenneth M. Florey**
**Samuel B. Cavnar**
Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd.
20 North Clark Street
Suite 900
Chicago, Illinois 60602
(312) 332-7760
(312) 332-7768 (fax)
Email:  kflorey@rsnlt.com
Email:  scavnar@rsnlt.com
**Attorneys for Illinois Capital Development Board**

**Kevin R. Lovellette**
**General Law Bureau**
**Illinois Attorney General's Office**
100 West Randolph Street
13th Floor
Chicago, IL 60601
(312) 814-3720
(312) 814-4425 (fax)
Email:  klovellette@atg.state.il.us

via CM/ECF electronic filing with the United States District Court for the Northern District of

Illinois on this 17th day of July, 2008

                                              By:  s/Ellen B. Epstein

**Milwaukee Mutual Insurance Company v. Architectural Sealants, Inc., et al.**

**Case No. 08 C 00029**
**Judge Wayne R. Andersen, Room 1403**

**<u>SERVICE LIST</u>**

**Attorneys for Milwaukee Mutual Insurance Company**
**Neal R. Novak**
**Matthew R. Wildermuth**
**Renata Biernat**
The Law Offices of Neal R. Novak
33 N. LaSalle Street
Suite 1900
Chicago, IL 60602
(312) 425-2500
(312) 425-2516 (direct)
(312) 425-2525 (fax)
Email:  novak@novakjuris.com
           biernat@novakjuris.com

**Attorneys for Architectural Sealants, Inc.**
**Amy L. Anderson**
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn Street
Suite 300
Chicago, Illinois 60602
(312) 781-1970
(312)-781-9202 (fax)
Email:  aanderson@brennerlawfirm.com


**Attorneys for Harper College**
**Kenneth M. Florey**
**Samuel B. Cavnar**
Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd.
20 North Clark Street
Suite 900
Chicago, Illinois 60602
(312) 332-7760
(312) 332-7768 (fax)
Email:  kflorey@rsnlt.com
Email:  scavnar@rsnlt.com

**Attorneys for Illinois Capital Development Board**
**Kevin R. Lovellette**
**General Law Bureau**
**Illinois Attorney General's Office**
100 West Randolph Street
13th Floor
Chicago, IL 60601
(312) 814-3720
(312) 814-4425 (fax)
Email:  klovellette@atg.state.il.us