## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Milwaukee Mutual Insurance Company

           Plaintiff,

v.                 Case No.: 1:08−cv−00029
                Honorable Wayne R. Andersen

Architectural Sealants, Inc., et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2008:

  MINUTE entry before the Honorable Wayne R. Andersen:Plaintiff's motion for extension of time to file response/reply to motion for summary judgment [27]. Response by 8/8/2008. Reply by 9/5/2008. Ruling will be made by mail. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.