**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Milwaukee Mutual Insurance Company
                                        Plaintiff,

v.                                                          Case No.: 1:08−cv−00029
                                                            Honorable Wayne R. Andersen

Architectural Sealants, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

    MINUTE entry before the Honorable Wayne R. Andersen:Defendants Paschen and Nielsen's motion for extension of time and to adopt plaintiff's and ASI motion [40] is granted. Response due by 8/8/2008. Reply by 9/5/2008. Defendant ASI motion to vacate 7/3/2008 order and set for status hearing [37] is granted. Status hearing set for 7/31/2008 at 09:00 AM.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.