**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Milwaukee Mutual Insurance Company
                              Plaintiff,

v.                                      Case No.: 1:08−cv−00029
                                        Honorable Wayne R. Andersen

Architectural Sealants, Inc., et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

   MINUTE entry before the Honorable Wayne R. Andersen:Status hearing held on 7/31/2008 and continued to 9/11/2008 at 9:00 a.m. The Court vacates the prior briefing schedule on the motion for summary judgment. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.